Opinion issued July 21, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00338-CV






IN RE THE MCGRAW-HILL COMPANIES, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, The McGraw-Hill Companies, Inc.,
challenges the trial court's April 6, 2010 and April 26, 2010 discovery orders. 
 

We deny the petition for writ of mandamus.

Per Curiam 


Panel consists of Justices Jennings, Alcala, and Sharp. 


1. The underlying case is CenterPoint Energy Services, Inc. v. Air Products, LLC and
The Premcor Refining Group, Inc., No. 2007-70853 in the 190th Judicial District
Court of Harris County, Texas, the Hon. Patricia Kerrigan, presiding.